**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1204**

---

C. A. LONG, JR.,

Plaintiff - Appellant,

versus

TWENTY-NINTH CIRCUIT COURT,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (CA-97-10)

---

Submitted:  April 17, 1997          Decided:  April 30, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

C. A. Long, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Long v. Twenty-Ninth Circuit Court, No. CA-97-10 (W.D. Va. Jan. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED